**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Iconic Energy LLC, | ) | |
| | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No: 18 CV 50020 |
| | ) | |
| Solar Permit Services, Inc., | ) | |
| | ) | |
| *Defendant*. | ) | Judge Frederick J. Kapala |

## <u>ORDER</u>

Before the court is a report and recommendation ("R&R") [41] from the magistrate judge recommending that defendant's motion to vacate entry of default [24] be granted, contingent on defendant's payment of the reasonable fees and costs the plaintiff incurred as a result of the default. After being afforded a sufficient opportunity, neither party has offered any objection to the R&R. Accordingly, there being no written objection to the R&R of the magistrate judge, <u>see</u> 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); <u>Thomas v. Arn</u>, 474 U.S. 140, 149-50 (1985), and the court having reviewed the R&R, the court accepts the R&R and grants defendant's motion to vacate entry of default, contingent on defendant's payment of the reasonable fees and costs the plaintiff incurred as a result of the default.

After the magistrate judge directed plaintiff's counsel to file a statement of the reasonable fees and costs incurred, plaintiff's counsel filed an affidavit in support of attorney's fees [42-1]. Defendant objects to plaintiff's affidavit in support of attorney's fees [44]. The court leaves resolution of the dispute over the affidavit in support of plaintiff's attorney's fees to the magistrate judge.

Date: 8/20/2018                           ENTER:

_____
FREDERICK J. KAPALA

District Judge